```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DEBRA LEE ROBBINS, THERESA HOUSE,
CHRISSIE BRADFORD, BRENDA COCHRAN,
DEWEY WATSON, ROBERT EATON,
CATHY CANTWELL, MARIANNE GANDOLPH,
SUZANNE DAVIS, AND JOYCE MILLS                       PLAINTIFFS

v.                          Case No. 06-6006

JACKIE ROBBINS, JR.                                  DEFENDANT

## ORDER

Currently before the Court is the Motion to be Dismissed (Doc. 14) filed by Separate Plaintiffs Brenda Cochran, Marianne Gandolph, Suzanne Davis, and Joyce Mills. Separate Plaintiffs move the Court to dismiss their claims against Defendant pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court finds Separate Plaintiffs' motion should be GRANTED. Separate Plaintiffs' claims against Defendant are DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties shall bear their own costs and attorney fees.

IT IS SO ORDERED this 12th day of December 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge