IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DEBRA LEE ROBBINS,  et al                          PLAINTIFF

      vs.            CASE No. 06-6006

JACKIE ROBBINS, JR.                               DEFENDANTS


**ORDER**


Now on this 28th day of December, 2006, comes the Joint Motion to Dismiss with Prejudice (doc. #16) filed on December 28, 2006.  The Court hereby GRANTS the motion and the above styled case is dismissed with prejudice.

IT IS SO ORDERED.


/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge